**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOHN MONTI,

Plaintiff,

v. CIVIL ACTION NO. 3:25-00072

OLUWADAMILARE AJAYI,

Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Defendant's Motion for Sanctions (ECF No. 28) be granted in part to the extent that Defendant seeks dismissal and denied to the extent that Defendant seeks any additional sanctions; that Plaintiff's remaining claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and that this action be removed from the docket of this Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Defendant's Motion for Sanctions (ECF No. 28) be **GRANTED in part** to the extent that Defendant seeks dismissal and **DENIED** to the extent that Defendant seeks any additional sanctions; that Plaintiff's remaining claims be **DISMISSED**

**without prejudice** pursuant to Federal Rule of Civil Procedure 41(b); and that this action be **REMOVED** from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 15, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE